JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200          Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HAN, individually, and as successor-in-interest to Decedent JOSEPH HAN; NAM HAN; DAVID HAN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF FOLSOM,  a municipal corporation; SAMUEL L. SPIEGEL, in his capacity as Chief of Police for the CITY OF FOLSOM; PAUL BARBER, individually and in his capacity as a police officer for the CITY OF FOLSOM; DAREN PROCIW, individually and his official capacity as a police officer for the CITY OF FOLSOM; RON PETERSON, individually and in his capacity as a sergeant of police for the CITY OF FOLSOM, and  DOES 1-25, inclusive, <br><br> Defendants. | Case No.  10-00633-MCE GGH <br><br> **PLAINTIFFS' REQUEST FOR PAGE LIMIT INCREASE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; ORDER THEREON** |

Plaintiffs hereby request leave of the Court for an increase in the 20-page limitation on their Opposition to Defendants' Motion for Judgment, to authorize an opposition brief not to exceed 30 pages.  The requested increase is necessary to address and oppose at least five different substantive legal issues defendants have raised in their 27 page brief, and to correct defendants' misrepresentations and omissions of material facts in this action.

1   Based on the foregoing, Plaintiffs respectfully request leave of the Court for an Order

2   authorizing a brief in Opposition to Defendants' Motion for Summary Judgment not to exceed thirty

3   (30) pages.

4

5

6   Dated:  August 25, 2011                                  **THE LAW OFFICES OF JOHN L. BURRIS**

7

8                                                            /s/ Benjamin Nisenbaum

9                                                            Benjamin Nisenbaum
                                                             Attorney for Plaintiffs

10

11

12                                               **ORDER**

13      **PURSUANT TO PLAINTIFFS' REQUEST**, Plaintiffs are hereby authorized to file a brief

14   in Opposition to Defendants' Motion for Summary Judgment not to exceed thirty (30) pages.

15      **IT IS SO ORDERED.**

16

17   Dated:  September 7, 2011

18

19                                                           MORRISON C. ENGLAND, JR
                                                             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28