1

2

3

4

5

6 UNITED STATES DISTRICT COURT

7 EASTERN DISTRICT OF CALIFORNIA

8

9 YOUNG HAN, individually, and as
Successor-in-interest to Decedent,

No. 2:10-CV-00633-MCE-GGH

10 JOSEPH HAN; NAM HAN; and
DAVID HAN,

11 Plaintiffs,

**ORDER re STIPULATION AND**
**REQUEST TO STAY PROCEEDINGS**

12 vs.

**PENDING  DISPOSITION OF**
**PENDING SUMMARY JUDGMENT**

13 CITY OF FOLSOM, a municipal
corporation, SAMUEL L. SPIEGEL,

**MOTION**

14 in his capacity as Chief of Police for
the CITY OF FOLSOM, PAUL

15 BARBER, individually and in his
capacity as a police officer for the

16 CITY OF FOLSOM, DAREN
PROCIW, individually and in his

17 capacity as a police officer for the
CITY OF FOLSOM, RON

18 PETERSON, individually and in his
capacity as a sergeant of police for

19 the CITY OF FOLSOM and DOES
1-50, inclusive,

20

21 Defendants.

22

23

24 Pursuant to the parties' Stipulation, ECF No. 46, and due to the pending

25 motion for summary judgment, all future dates as outlined in the Second Amended

26

27 Pretrial Scheduling Order, ECF No. 36, are vacated.

28 ///

1

1    An amended Pretrial Scheduling Order will issue if necessary.

2    IT IS SO ORDERED.

3

4    Dated:  January 26, 2015

5

6    _____

7    MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28