UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HAN, et al., | No. 2:10-cv-00633-MCE-GGH |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF FOLSOM, et al., | |
| Defendants. | |

Pursuant to the June 21, 2017, Amended Mandate of the United States Court of Appeals for the Ninth Circuit, the Court makes the following Order.

Due to the Court's trial schedule for the remainder of 2018 and the beginning of 2019, this matter is set for a Status Re: Trial Setting on March 7, 2019, at 2:00 p.m. in courtroom 7 and counsel are ordered to file a Joint Status Report not later than ten (10) days before this hearing. To expedite resolution of this matter, the parties are reminded of Local Rule 305(a) and may consent to trial before a Magistrate Judge.

Dated: March 21, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1