Bruce D. Praet SBN 119430
FERGUSON, PRAET & SHERMAN
A Professional Corporation
1631 East 18th Street
Santa Ana, California 92705
(714) 953-5300 telephone
(714) 953-1143 facsimile
bpraet@aol.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HAN, individually, and as successor-in-interest to Decedent JOSEPH HAN; NAM HAN; DAVID HAN,<br><br>　　　　Plaintiffs,<br>　　vs.<br>CITY OF FOLSOM, a municipal corporation; SAMUEL L. SPIEGEL, in his capacity as Chief of Police for the CITY OF FOLSOM; PAUL BARBER, individually and in his capacity as a police officer for the CITY OF FOLSOM; RON PETERSON, individually and in his capacity as a sergeant of police for the CITY OF FOLSOM, and DOES 1-25, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:10-cv-00633 MCE CKD<br><br>**STIPULATION REQUESTNG SETTLEMENT CONFERENCE; ORDER**<br><br>**PROPOSED DATE: April 30, 2019** |

/

Having confirmed the availability of all parties, as well as that of Magistrate Judge Kendall J. Newman, it is requested that a Settlement Conference be set for April 30, 2019, at 10:00 a.m. in conformance with the Supplemental Scheduling Order of Judge England dated March 5, 2019, Dkt 61.

DATED: March 13, 2019             FERGUSON, PRAET & SHERMAN
                                  A Professional Corporation

                                   /s/ Bruce D. Praet
                                  Bruce D. Praet
                                  Attorneys for Defendants


DATED: March 13, 2019             BURRIS LAW FIRM


                                   /s/ Ben Nisenbaum_____
                                  Ben Nisenbaum
                                  Attorneys for Plaintiffs


**IT IS SO ORDERED:**

The parties shall appear for a Settlement Conference before the Honorable Magistrate Judge Kendall J. Newman on April 30, 2019, at 9:00 AM, in Courtroom 25, 8th Floor, of the Robert T. Matsui United States Courthouse located at 501 I Street, Sacramento, CA 95814.

Pursuant to the Supplemental Scheduling Order, Counsel are instructed to have a principal with full settlement authority present at the settlement conference or to be

fully authorized to settle the matter on any terms. The parties are ordered to file a joint status report not later than seven (7) days after the conclusion of the settlement conference.

Dated:  March 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE