JOHN L. BURRIS, Esq./ State Bar #69888
BENJAMIN NISENBAUM, Esq./State Bar #222173
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200/Facsimile: (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG HAN, individually, and as successor-in-interest to Decedent JOSEPH HAN; NAM HAN; DAVID HAN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FOLSOM, a municipal corporation; SAMUEL L. SPIEGEL, in his capacity as Chief of Police for the CITY OF FOLSOM; PAUL BARBER, individually and in his capacity as a police officer for the CITY OF FOLSOM; DAREN PROCIW, individually and his official capacity as a police officer for the CITY OF FOLSOM; RON PETERSON, individually and in his capacity as a sergeant of police for the CITY OF FOLSOM, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:10-cv-00633-MCE-GGH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER (FRCP 41(a)(1)(A)(ii))** |

### **STIPULATION TO DISMISSAL**

PURSUANT TO THE TERMS AND EXECUTION OF THE SETTLEMENT the parties

hereby stipulate to dismissal of the above-entitled action in its entirety with prejudice, each side to

bear their own fees and costs, pursuant to FRCP 41(a)(1)(A)(ii).

Dated: July 8, 2019						**Law Offices of John L. Burris**

							/s/ *Benjamin Nisenbaum*
							Benjamin Nisenbaum
							Attorney for Plaintiffs

Dated: July 8, 2019						FERGUSON, PRAET & SHERMAN

							/s/Bruce D. Praet
							Bruce D. Praet, Attorneys for Defendants

## ORDER

Pursuant to the terms and execution of the Settlement and the parties Stipulation (ECF No. 67), the above-entitled action is hereby DISMISSED with prejudice, each side bearing their own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NOTICE OF DISMISSAL WITH PREJUDICE AND ORDER
Case No. 2:10-CV-00633-MCE-GGH                                                                                        2